E-filing

Clear Form

**FILED**

NOV 16 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ADR

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

S.M. a minor by and though
his parent CAROL ALLEN,
et. al.
                    Plaintiff,

    vs.

West Contra Cost Unified School
District, et AL
                    Defendant.

CASE NO. C07-05829 CRB

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**
(Non-prisoner cases only)

I, Carol Allen, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?    Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

1 | and wages per month which you received.
2 | _____Over 5 years_____
3 | _____
4 | _____
5 | 2. Have you received, within the past twelve (12) months, any money from any of the
6 | following sources:
7 |     a.  Business, Profession or                    Yes ___ No _X_
8 |         self employment?
9 |     b.  Income from stocks, bonds,                 Yes ___ No _X_
10 |        or royalties?
11 |    c.  Rent payments?                             Yes ___ No _X_
12 |    d.  Pensions, annuities, or                    Yes ___ No _X_
13 |        life insurance payments?
14 |    e.  Federal or State welfare payments,         Yes _X_ No ___
15 |        Social Security or other govern-
16 |        ment source?
17 | If the answer is "yes" to any of the above, describe each source of money and state the amount
18 | received from each.    $ 750
19 | _____SSI__$750____[illegible]_____
20 | _____
21 | 3. Are you married?                               Yes ___ No _X_
22 | Spouse's Full Name: _____
23 | Spouse's Place of Employment: _____
24 | Spouse's Monthly Salary, Wages or Income:
25 | Gross $_____ Net $_____
26 | 4.  a.  List amount you contribute to your spouse's support:$ _____
27 |     b.  List the persons other than your spouse who are dependent upon you for support
28 |         and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

1   children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)
2   S.M.  14
3   P.M.  17
4   5. Do you own or are you buying a home? Yes ____ No _X_
5   Estimated Market Value: $_____ Amount of Mortgage: $_____
6   6. Do you own an automobile? Yes ____ No _X_
7   Make _____ Year _____ Model _____
8   Is it financed? Yes ____ No ____ If so, Total due: $ _____
9   Monthly Payment: $ _____
10  7. Do you have a bank account? Yes ____ No _X_ (Do not include account numbers.)
11  Name(s) and address(es) of bank: _____
12  _____
13  Present balance(s): $ _____
14  Do you own any cash? Yes ____ No _X_ Amount: $ _____
15  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16  market value.)                                               Yes ____ No ____
17  _____
18  8. What are your monthly expenses?
19  Rent: $ 234      Utilities: $ 120
20  Food: $ 0  250    Clothing: Varies
21  Charge Accounts:
22  Name of Account        Monthly Payment           Total Owed on This Account
23  _____    $ _____       $ _____
24  _____    $ _____       $ _____
25  _____    $ _____       $ _____
26  9. Do you have any other debts? (List current obligations, indicating amounts and to whom
27  they are payable. Do not include account numbers.)   NO
28  _____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

11-19-2007

DATE                                SIGNATURE OF APPLICANT