THOMAS F. BERTRAND, ESQ., SBN 056560
MICHAEL C. WENZEL, ESQ., SBN 215388
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, CA 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990

*Attorneys for multiple Defendants (see signature
page for complete list of parties represented*; Civil
L.R. 3-4(a)(1))

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| S.M, a minor by his parent and next friend Carol Allen, P.M. a minor by his parent and next friend Carol Allen and CAROL ALLEN<br><br>          Plaintiffs,<br><br>     vs.<br><br>WEST CONTRA COSTA COUNTY UNIFIED SCHOOL DISTRICT FINANCING CORPORATION a California Municipality, WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, in their official capacities, BRUCE HARTER in his capacity as Superintendent and as an individual, WENDELL GREER, in his official capacity, and as an individual HARRY CULBERTSON as an individual and in his official capacity, STEVE COLLINS in his official capacity, DARLENE JONES in her official capacity, KEN TALKEN in his official capacity, GRAIG CROSSLEY as an individual and in his official capacity, DOE NICHOLSON, as an individual and DOES 1-10,<br><br>          Defendants. | CASE NO. C07-05829 CRB<br><br>**DEFENDANTS' REQUEST FOR PERMISSION TO EXCEED THE MOTION PAGE LIMIT OF FIFTEEN PAGES AND REQUEST TO FILE A RESPONSIVE PLEADING OF TWENTY-FIVE PAGES OR LESS**<br><br><br>Complaint filed: November 16, 2007 |

DEFENDANTS WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT, *erroneously*

*sued as West Contra Costa County Unified School District Financing Corporation*, WEST CONTRA

1

1  COSTA UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, BRUCE HARTER,

2  WENDELL GREER, STEVE COLLINS, DARLENE JONES, KEN TALKEN, GRAIG

3  CROSSLEY, and DOE NICHOLSON (collectively "defendants") respectfully request permission to

4  exceed the page limit for non-summary judgment motions of fifteen pages set forth in the Court's

5  standing orders and request permission to file a responsive pleading to plaintiffs S.M., P.M., and

6  CAROL ALLEN's Complaint for Damages ("complaint") of twenty five pages or less.

7       Good cause exists to grant defendants an extension of the page limit requirement because

8  plaintiffs' counsel has filed a nineteen page, one-hundred and forty paragraph complaint containing

9  eleven separate causes of action on behalf of three separate plaintiffs and against ten separate

10  defendants.  The complaint alleges complex issues relating to the Individuals with Disabilities

11  Education Act, and other disability-related federal statutes, as well as separate race-based

12  discrimination claims, in addition to multiple state law claims.

13       Defendants intend to file a motion to dismiss the complaint on multiple grounds.  Defendants

14  respectfully submit that they will be unable to meaningfully analyze the legal issues presented or

15  provide the Court with a full and complete background of the facts and issues presented within the

16  fifteen page limit set forth in the Court's standing orders.  Defense counsel has attempted to contact

17  plaintiffs' counsel regarding defendants' intent to seek this order.  Nevertheless, plaintiffs' counsel

18  did not respond prior to filing.

19   ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

DEFENDANTS' REQUEST FOR PERMISSION TO EXCEED MOTION PAGE LIMIT OF FIFTEEN PAGES AND
REQUEST TO FILE RESPONSIVE PLEADING OF TWENTY-FIVE PAGES OR LESS

1    For the foregoing reasons, defendants' respectfully request that they be provided permission

2    to file a responsive pleading to plaintiffs' complaint of twenty five pages or less.

3

4    Dated:  January 22, 2008                    BERTRAND, FOX & ELLIOT

5

6                                        By: _____/s/_____

7                                            Michael C. Wenzel
                                             Attorneys for Defendants WEST CONTRA
8                                            COSTA UNIFIED SCHOOL DISTRICT,
                                             *erroneously sued as West Contra Costa County*
9                                            *Unified School District Financing Corporation*,
                                             WEST CONTRA COSTA UNIFIED SCHOOL
10                                           DISTRICT BOARD OF EDUCATION,
                                             BRUCE HARTER, WENDELL GREER,
11                                           STEVE COLLINS, DARLENE JONES, KEN
                                             TALKEN, GRAIG CROSSLEY, and DOE
12                                           NICHOLSON

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS' REQUEST FOR PERMISSION TO EXCEED MOTION PAGE LIMIT OF FIFTEEN PAGES AND
REQUEST TO FILE RESPONSIVE PLEADING OF TWENTY-FIVE PAGES OR LESS