1 | THOMAS F. BERTRAND, ESQ., SBN 056560
MICHAEL C. WENZEL, ESQ., SBN 215388
2 | BERTRAND, FOX & ELLIOT
The Waterfront Building
3 | 2749 Hyde Street
San Francisco, CA 94109
4 | Telephone: (415) 353-0999
Facsimile:  (415) 353-0990

*Attorneys for multiple Defendants (see signature page for complete list of parties represented*; Civil L.R. 3-4(a)(1))

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| S.M, a minor by his parent and next friend Carol Allen, P.M. a minor by his parent and next friend Carol Allen and CAROL ALLEN<br><br>         Plaintiffs,<br>     vs.<br><br>WEST CONTRA COSTA COUNTY UNIFIED SCHOOL DISTRICT FINANCING CORPORATION a California Municipality, WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, in their official capacities, BRUCE HARTER in his capacity as Superintendent and as an individual, WENDELL GREER, in his official capacity, and as an individual HARRY CULBERTSON as an individual and in his official capacity, STEVE COLLINS in his official capacity, DARLENE JONES in her official capacity, KEN TALKEN in his official capacity, GRAIG CROSSLEY as an individual and in his official capacity, DOE NICHOLSON, as an individual and DOES 1-10,<br><br>         Defendants. | CASE NO. C07-05829 CRB<br><br>[PROPOSED] **ORDER GRANTING DEFENDANTS' REQUEST FOR PERMISSION TO EXCEED THE MOTION PAGE LIMIT OF FIFTEEN PAGES AND REQUEST TO FILE A RESPONSIVE PLEADING OF TWENTY-FIVE PAGES OR LESS**<br><br>Complaint filed: November 16, 2007 |

This Court having considered DEFENDANTS WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT, *erroneously sued as West Contra Costa County Unified School District Financing Corporation*, WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT BOARD OF

1

1  EDUCATION, BRUCE HARTER, WENDELL GREER, STEVE COLLINS, DARLENE JONES,
2  KEN TALKEN, GRAIG CROSSLEY, and DOE NICHOLSON's (collectively "defendants")
3  Request For Permission To Exceed The Motion Page Limit Of Fifteen Pages And Request To File
4  A Responsive Pleading Of Twenty-Five Pages Or Less, and good cause appearing therefore,
5  HEREBY ORDERS as follows:
6       Defendants' request for permission to exceed the page limit of fifteen pages is GRANTED.
7  Defendants may file a responsive pleading to plaintiffs S.M, P.M., and CAROL ALLEN's
8  Complaint for Damages of twenty-five pages or less.

10       IT IS SO ORDERED.

13  Dated: January 23, 2008

THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA



2