THOMAS F. BERTRAND, ESQ., SBN 056560
MICHAEL C. WENZEL, ESQ., SBN 215388
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, CA 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990

*Attorneys for multiple Defendants (see signature page for complete list of parties represented; Civil L.R. 3-4(a)(1))*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| S.M, a minor by his parent and next friend Carol Allen, P.M. a minor by his parent and next friend Carol Allen and CAROL ALLEN<br><br>Plaintiffs,<br>vs.<br><br>WEST CONTRA COSTA COUNTY UNIFIED SCHOOL DISTRICT FINANCING CORPORATION a California Municipality, WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, in their official capacities, BRUCE HARTER in his capacity as Superintendent and as an individual, WENDELL GREER, in his official capacity, and as an individual HARRY CULBERTSON as an individual and in his official capacity, STEVE COLLINS in his official capacity, DARLENE JONES in her official capacity, KEN TALKEN in his official capacity, GRAIG CROSSLEY as an individual and in his official capacity, DOE NICHOLSON, as an individual and DOES 1-10,<br><br>Defendants. | CASE NO. C07-05829 CRB<br><br>[PROPOSED] ORDER GRANTING MOTION TO DISMISS PLAINTIFFS' COMPLAINT<br><br>Date:  March 28, 2008<br>Time:  10:00 a.m.<br>Courtroom: 8, 19th Floor<br><br>Complaint filed: November 16, 2007 |

[PROPOSED] ORDER GRANTING MOTION TO DISMISS PLAINTIFFS' COMPLAINT
*S.M. v. West Contra Costa Unified School District, et al.* Case No. C07-05829 CRB

1  The Motion to Dismiss on behalf of DEFENDANTS WEST CONTRA COSTA
2  UNIFIED SCHOOL DISTRICT, *erroneously sued as West Contra Costa County Unified School*
3  *District Financing Corporation*, WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT
4  BOARD OF EDUCATION, BRUCE HARTER, WENDELL GREER, STEVE COLLINS,
5  DARLENE JONES, KEN TALKEN, GRAIG CROSSLEY, and DOE NICHOLSON
6  (collectively "defendants"), came on regularly for hearing on March 28, 2008 at 10:00 a.m. in
7  Courtroom 8 of the above-entitled court located at 450 Golden Gate Avenue, San Francisco,
8  California, the Honorable Charles R. Breyer presiding.

9  The moving papers having been considered and all argument presented,

10  IT IS HEREBY ORDERED that defendants' Motion to Dismiss pursuant to Federal
11  Rules of Civil Procedure, Rules 12(b)(1) and 12(b)(6) be GRANTED.

12  The Court does not have subject matter jurisdiction over plaintiffs' federal claims
13  because the March 2007 Settlement Agreement barred all federal claims arising from the
14  underlying incident. In the absence of jurisdiction over plaintiffs' federal claims, this court
15  declines to exercise jurisdiction over the accompanying state law claims.

16  The DISTRICT and the individual defendants in their official capacity have immunity
17  under the Eleventh Amendment and plaintiffs' First cause of action under Section 1983 must be
18  dismissed, as well as the state law tort claims contained in the Fifth, Sixth and Seventh causes of
19  action. These claims against the District and the individual defendants in their official capacities
20  are dismissed without leave to amend.

21  Plaintiffs' claims also fail because they did not allege facts to state a claim pursuant to
22  FRCP Rule 12(6)(b). The following claims of Plaintiff S.M. are dismissed for failure to state a
23  claim upon which relief may be granted: _____.

24  Plaintiff P.M. failed to state a claim upon which relief may be granted and his following
25  claim are dismissed: _____.

26  Plaintiff CAROL ALLEN failed to state a claim for the following causes of action:

[PROPOSED] ORDER GRANTING MOTION TO DISMISS PLAINTIFFS' COMPLAINT
*S.M. v. West Contra Costa Unified School District, et al.* Case No. C07-05829 CRB

2

_____. These claims are dismissed.

Moreover, plaintiffs' complaint was composed in such a way that it was impossible for defendants to formulate a meaningful response. Plaintiffs are directed to amend their complaint to identify which plaintiff brings which cause of action. The complaint should also specify which the defendants each claim is directed to. The relevant dates for each event should also be included in the complaint.

The amended complaint should be filed and served within ten days of this order. Failure to file an amended complaint within ten days of this order subjects the complaint to dismissal.

IT IS SO ORDERED.

Dated: _____

_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE FOR THE
NORTHERN DISTRICT OF CALIFORNIA

[PROPOSED] ORDER GRANTING MOTION TO DISMISS PLAINTIFFS' COMPLAINT
*S.M. v. West Contra Costa Unified School District, et al.* Case No. C07-05829 CRB

3