THOMAS F. BERTRAND, ESQ., SBN 056560
MICHAEL C. WENZEL, ESQ., SBN 215388
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, CA 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990

*Attorneys for multiple Defendants (see signature
page for complete list of parties represented*; Civil
L.R. 3-4(a)(1))

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

S.M, a minor by his parent and next friend
Carol Allen, P.M. a minor by his parent and
next friend Carol Allen and CAROL ALLEN

    Plaintiffs,

    vs.

WEST CONTRA COSTA COUNTY
UNIFIED SCHOOL DISTRICT FINANCING
CORPORATION a California Municipality,
WEST CONTRA COSTA UNIFIED
SCHOOL DISTRICT BOARD OF
EDUCATION, in their official capacities,
BRUCE HARTER in his capacity as
Superintendent and as an individual,
WENDELL GREER, in his official capacity,
and as an individual HARRY CULBERTSON
as an individual and in his official capacity,
STEVE COLLINS in his official capacity,
DARLENE JONES in her official capacity,
KEN TALKEN in his official capacity,
GRAIG CROSSLEY as an individual and in
his official capacity, DOE NICHOLSON, as
an individual and DOES 1-10,

    Defendants.

CASE NO. C07-05829 CRB

**DEFENDANTS' EX-PARTE REQUEST
FOR CONTINUANCE OF INITIAL CASE
MANAGEMENT CONFERENCE AND
RELATED SCHEDULING DEADLINES**

Complaint filed: November 16, 2007

Defendants WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT, *erroneously sued as
West Contra Costa County Unified School District Financing Corporation,* WEST CONTRA

1

1   COSTA UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, BRUCE HARTER,

2   WENDELL GREER, STEVE COLLINS, DARLENE JONES, KEN TALKEN, GRAIG

3   CROSSLEY, and DOE NICHOLSON (collectively "defendants") respectfully request a continuance

4   of the Initial Case Management Conference scheduled for February 22, 2008 pursuant to the Court's

5   Scheduling Order.

6       Good cause exists to continue the Initial Case Management Conference and all related

7   scheduling deadlines that predate the Case Management Conference.  The Court's <u>Order Setting Case</u>

8   <u>Management Conference</u> requires plaintiffs to serve copies of the order at once on all parties.  In this

9   action, plaintiffs filed their complaint on November 16, 2007.  Defendants were not served with the

10  complaint or the Court's scheduling order until January 8, 2008.

11      Good cause further exists in that the Court's <u>Order Setting Case Management Conference</u>

12  requires lead trial counsel to meet and confer not less than thirty (30) days in advance of the February

13  22, 2008 conference, or January 23, 2008.  Counsel for defendants has twice attempted to contact

14  plaintiffs' counsel to meet and confer (on both January 22 and 23, 2008) but has not received a

15  response.  Moreover, counsel here are required to meet and confer regarding initial disclosures, early

16  settlement, ADR process selection and a discovery plan by February 1, 2008, and file a Joint ADR

17  Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference by

18  February 1, 2008.  Absent contact from plaintiffs' counsel, defense counsel is unable to meet and

19  confer regarding ADR and therefore unable to file a Joint ADR Certification with Stipulation.

20      Good cause further exists to continue the Initial Case Management Conference and related

21  scheduling deadlines in that defendants have filed a motion to dismiss plaintiffs' complaint in its

22  entirety.  The motion is not scheduled to be heard until March 28, 2008.  The motion may result in

23  dismissal of some or all claims or parties from the lawsuit, and will determine the scope of issues

24  before the Court, the permissible scope of discovery, and possibly the appropriateness of a particular

25  ADR process.

26      Defense counsel has twice attempted to contact plaintiffs' counsel via telephone to both meet

27  and confer and seek a stipulation continuing the Court's Initial Case Management Conference to a

28

DEFENDANTS' EX-PARTE APPLICATION SEEKING CONTINUANCE OF CASE MANAGEMENT
CONFERENCE AND RELATED SCHEDULING DEADLINES

1   date convenient to counsel and the Court. Counsel for plaintiffs has not responded to these contacts.

2          For the foregoing reasons, defendants' respectfully request that the Initial Case Management

3   Conference scheduled for February 22, 2008 be continued until the first available date after

4   defendants' motion to dismiss is heard on March 28, 2008, or as soon thereafter as pleases the Court,

5   except May 2 and May 9, 2008.

6

7   Dated:  January 28, 2008                    BERTRAND, FOX & ELLIOT

8

9                                          By:  /s/ Michael C. Wenzel

10                                              Michael C. Wenzel
                                                Attorneys for Defendants WEST CONTRA
11                                              COSTA UNIFIED SCHOOL DISTRICT,
                                                *erroneously sued as West Contra Costa County*
12                                              *Unified School District Financing Corporation,*
                                                WEST CONTRA COSTA UNIFIED SCHOOL
13                                              DISTRICT BOARD OF EDUCATION,
                                                BRUCE HARTER, WENDELL GREER,
14                                              STEVE COLLINS, DARLENE JONES, KEN
                                                TALKEN, GRAIG CROSSLEY, and DOE
15                                              NICHOLSON

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS' EX-PARTE APPLICATION SEEKING CONTINUANCE OF CASE MANAGEMENT
CONFERENCE AND RELATED SCHEDULING DEADLINES