THOMAS F. BERTRAND, ESQ., SBN 056560
MICHAEL C. WENZEL, ESQ., SBN 215388
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, CA 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990

*Attorneys for multiple Defendants (see signature page for complete list of parties represented; Civil L.R. 3-4(a)(1))*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| S.M, a minor by his parent and next friend Carol Allen, P.M. a minor by his parent and next friend Carol Allen and CAROL ALLEN<br><br>Plaintiffs,<br>vs.<br><br>WEST CONTRA COSTA COUNTY UNIFIED SCHOOL DISTRICT FINANCING CORPORATION a California Municipality, WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, in their official capacities, BRUCE HARTER in his capacity as Superintendent and as an individual, WENDELL GREER, in his official capacity, and as an individual HARRY CULBERTSON as an individual and in his official capacity, STEVE COLLINS in his official capacity, DARLENE JONES in her official capacity, KEN TALKEN in his official capacity, GRAIG CROSSLEY as an individual and in his official capacity, DOE NICHOLSON, as an individual and DOES 1-10,<br><br>Defendants. | CASE NO. C07-05829 CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' EX-PARTE REQUEST FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND RELATED SCHEDULING DEADLINES**<br><br>Complaint filed: November 16, 2007 |

This Court having considered DEFENDANTS WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT, *erroneously sued as West Contra Costa County Unified School District Financing Corporation*, WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT BOARD OF

1

EDUCATION, BRUCE HARTER, WENDELL GREER, STEVE COLLINS, DARLENE JONES, KEN TALKEN, GRAIG CROSSLEY, and DOE NICHOLSON's (collectively "defendants") request for a continuance of the February 22, 2008 Initial Case Management Conference, and good cause appearing therefore, HEREBY ORDERS as follows:

Defendants' request for a continuance of the February 22, 2008 Initial Case Management Conference is GRANTED. The Initial Case Management Conference shall be held on _____, 2008, in Ctrm. 8, 19th Fl, San Francisco at 8:30 a.m.. All previously ordered meet and confer deadlines and scheduling dates shall be continued accordingly.

IT IS SO ORDERED.

Dated: _____

THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE FOR THE
NORTHERN DISTRICT OF CALIFORNIA