# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

S.M, a minor by his parent and next friend
Carol Allen

                        Plaintiff(s),

                v.

West Contra Costa County Unified School
District, et al.

                   Defendant(s).
_____/

CASE NO. C-07-05829 CRB

NOTICE OF NEED FOR ADR PHONE
CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓     have not yet reached an agreement to an ADR process
       request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference March 28, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Michael C. Wenzel | All served WCCUSD Defendants | (415) 353-0999 x 15 | mwenzel@bfesf.com |
| Nicole Hodge | Plaintiffs | 510-569-3666 | hodgend@aol.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated:_____

Dated: 3/7/08

_____
Attorney for Plaintiff

_____
Attorney for Defendant

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Plaintiff(s), | CASE NO. |
| v. | NOTICE OF NEED FOR ADR PHONE CONFERENCE |
| Defendant(s). | |

Counsel report that they have met and conferred regarding ADR and that they:

    ⟍    have not yet reached an agreement to an ADR process
         request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference _____

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|------|-------------------|-----------|----------------|
| Nicole Hodge | Plaintiffs | 510-569-3664 | hodgendo@aol.com |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (_____) will notify you of the date and time of your phone conference.*

Dated: 3/7/08

_____
Attorney for Plaintiff

Dated: _____

_____
Attorney for Defendant

When filing this document in ECF, please be sure to use the ADR Docket Event entitled