UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

S.M, a minor by his parent and next
friend Carol Allen,

        Plaintiff(s),

v.

WEST CONTRA COSTA COUNTY
UNIFIED SCHOOL DISTRICT et al.
        Defendant(s).

Case No. C07-05829 CRB

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

    **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

All Served West Contra Costa
Unified School District Defendants

Dated: 2/28/08

[Party] By: Jeff Edmison
Associate Superintendent Operations

Dated: 2/28/08

[Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05