1 | THOMAS F. BERTRAND, ESQ., SBN 056560
MICHAEL C. WENZEL, ESQ., SBN 215388
2 | BERTRAND, FOX & ELLIOT
The Waterfront Building
3 | 2749 Hyde Street
San Francisco, CA 94109
4 | Telephone: (415) 353-0999
Facsimile: (415) 353-0990

*Attorneys for multiple Defendants (see signature page for complete list of parties represented; Civil L.R. 3-4(a)(1))*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| S.M, a minor by his parent and next friend Carol Allen, P.M. a minor by his parent and next friend Carol Allen and CAROL ALLEN<br><br>Plaintiffs,<br>vs.<br><br>WEST CONTRA COSTA COUNTY UNIFIED SCHOOL DISTRICT FINANCING CORPORATION a California Municipality, WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, in their official capacities, BRUCE HARTER in his capacity as Superintendent and as an individual, WENDELL GREER, in his official capacity, and as an individual HARRY CULBERTSON as an individual and in his official capacity, STEVE COLLINS in his official capacity, DARLENE JONES in her official capacity, KEN TALKEN in his official capacity, GRAIG CROSSLEY as an individual and in his official capacity, DOE NICHOLSON, as an individual and DOES 1-10,<br><br>Defendants. | CASE NO. C07-05829 CRB<br><br>REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, RULE 12(b)(1) AND/OR 12(b)(6) AND MOTION FOR MORE DEFINITE STATEMENT<br><br>Complaint filed: November 16, 2007<br><br>Date: March 28, 2008<br>Time: 10:00 a.m.<br>Courtroom: 8, 19th Floor |

Defendants WEST CONTRA COSTA COUNTY UNIFIED SCHOOL DISTRICT FINANCING CORPORATION, WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, BRUCE HARTER, WENDELL GREER, STEVE COLLINS, DARLENE JONES, KEN TALKEN, GRAIG CROSSLEY and DOE NICHOLSON,

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' REPLY MEMORANDUM        1

(collectively "defendants"), by and through their attorneys, hereby request the court to take judicial notice of the contents of the documents identified below pursuant to Federal Rule of Evidence 201. Defendants' seek judicial notice of the contents of the following Office of Administrative Hearings' decisions:

1) *Student v. Palmdale Elementary School District*, Office of Administrative Hearings, Case No. N 2006100458 (2007).

2) *Student v. Palmdale Elementary School District*, Office of Administrative Hearings, Case No. N 2006110471 (2007).

3) *Student v. Walnut Valley Unified School District*, Office of Administrative Hearings, Case No. N 2005120382 (2006).

4) *Student v. La Canada Unified School District*, Office of Administrative Hearings, Case No. N 2005090199 (2006).

Dated: March 14, 2008                                    BERTRAND, FOX & ELLIOT

By: /s/ Michael C. Wenzel
Michael C. Wenzel
Attorney for Defendants WEST CONTRA
COSTA UNIFIED SCHOOL DISTRICT,
*erroneously sued as West Contra Costa
County Unified School District Financing
Corporation*, WEST CONTRA COSTA
UNIFIED SCHOOL DISTRICT BOARD
OF EDUCATION, BRUCE HARTER,
WENDELL GREER, HARRY
CULBERTSON, STEVE COLLINS,
DARLENE JONES, KEN TALKEN,
GRAIG CROSSLEY AND DOE
NICHOLSON

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' REPLY MEMORANDUM
*S.M. v. West Contra Costa Unified School District, et al.* Case No. C07-05829 CRB

2

## Declaration of MICHAEL C. WENZEL

I, Michael C. Wenzel, declare:

1. I am an attorney licensed to practice before the United States District Court, Northern District of California and before all of the courts of the State of California. I am an attorney with the law office of Bertrand, Fox & Elliot, attorneys of record for defendants herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Office of Administrative Hearings' decision entitled *Student v. Palmdale Elementary School District*, Case No. N 2006100458 (2007).

3. Attached hereto as Exhibit 2 is a true and correct copy of the Office of Administrative Hearings' decision entitled *Student v. Palmdale Elementary School District*, Case No. N 2006110471 (2007).

4. Attached hereto as Exhibit 3 is a true and correct copy of the Office of Administrative Hearings' decision entitled *Student v. Walnut Valley Unified School District*, Case No. N 2005120382 (2006).

5. Attached hereto as Exhibit 4 is a true and correct copy of the Office of Administrative Hearings' decision entitled *Student v. La Canada Unified School District*, Case No. N 2005090199 (2006).

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 14th day of March, 2008 in, San Francisco, California.

Michael C. Wenzel

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' REPLY MEMORANDUM
*S.M. v. West Contra Costa Unified School District, et al.* Case No. C07-05829 CRB

3