IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.M., A MINOR, et al.<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>WEST CONTRA COSTA COUNTY UNIFIED SCHOOL DISTRICT FINANCING CORPORATION, et al.<br><br>　　　　Defendants. | No. C 07-05829 CRB<br><br>**ORDER** |

　　　Now pending before the Court is Defendants' motion to dismiss and for a more definite statement. Plaintiffs' opposition states that they would like leave to file an amended complaint to address some of the issues raised by Defendants' motion.

　　　A party may amend his complaint once as a matter of course at any time before a responsive pleading is served. Fed. R. Civ. P. 15(a). Defendants have not answered the complaint; instead, they have filed a motion to dismiss. In the Ninth Circuit a motion to dismiss is not considered a "responsive" pleading. See Miles v. Dep't of Army, 881 F.2d 777, 781 (9th Cir. 1989). Thus, Plaintiffs do not require leave of court to file a first amended complaint. See Rhoades v. Avon Products, Inc., 504 F.3d 1151, 1158 (9th Cir. 2007).

1       Plaintiffs shall file their amended complaint within twenty days of this order.  If the
2   amended complaint is not filed by that date, the Court will take the motion to dismiss under
3   submission.  If it is so filed, Defendants will have to respond anew to the motion to dismiss.
4   The March 28, 2008 hearing is VACATED.

5   **IT IS SO ORDERED.**



7   Dated: March 17, 2008                  CHARLES R. BREYER
                                            UNITED STATES DISTRICT JUDGE

**United States District Court** — For the Northern District of California

G:\CRBALL\2007\5829\order for leave to amend.wpd

G:\CRBALL\2007\5829\order for leave to amend.wpd    2