1  THOMAS F. BERTRAND, ESQ., SBN 056560
   MICHAEL C. WENZEL, ESQ., SBN 215388
2  BERTRAND, FOX & ELLIOT
   The Waterfront Building
3  2749 Hyde Street
   San Francisco, CA 94109
4  Telephone: (415) 353-0999
   Facsimile:  (415) 353-0990
5
   *Attorneys for multiple Defendants (see signature*
6  *page for complete list of parties represented*; Civil
   L.R. 3-4(a)(1))
7

8              UNITED STATES DISTRICT COURT

9     NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| 10  S.M, a minor by his parent and next friend Carol Allen, P.M. a minor by his parent and next friend Carol Allen and CAROL ALLEN | CASE NO. C07-05829 CRB |
| 12           Plaintiffs,<br>13  vs. | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| 14  WEST CONTRA COSTA COUNTY UNIFIED SCHOOL DISTRICT FINANCING CORPORATION a California Municipality, WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, in their official capacities, BRUCE HARTER in his capacity as Superintendent and as an individual, WENDELL GREER, in his official capacity, and as an individual HARRY CULBERTSON as an individual and in his official capacity, STEVE COLLINS in his official capacity, DARLENE JONES in her official capacity, KEN TALKEN in his official capacity, GRAIG CROSSLEY as an individual and in his official capacity, DOE NICHOLSON, as an individual and DOES 1-10,<br><br>          Defendants. | [FED.R.CIV.PROC. Rule 7.1; Northern District Local Rule 3-16(b)]<br><br>Complaint filed: November 16, 2007 |

24        Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

25  ///

26  ///

27  ///

28

Certification of Interested Entities or Persons                                                                  1

1 | named parties, there is no such interest to report.

2 | Dated: March 18, 2008

BERTRAND, FOX & ELLIOT

By: _____
Michael C. Wenzel
Attorneys for Defendants WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT, *erroneously sued as West Contra Costa County Unified School District Financing Corporation*, WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, BRUCE HARTER, WENDELL GREER, HARRY CULBERTSON, STEVE COLLINS, DARLENE JONES, KEN TALKEN, GRAIG CROSSLEY, and DOE NICHOLSON

Certification of Interested Entities or Persons