1  NICOLE HODGE, Bar No. CA 215157
   P.O. Box 5100
2  Oakland CA 94605
   Telephone: (510) 569-3666
3  Email hodgend@aol.com

6  Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.M. et al<br><br>        Plaintiffs,<br>v.<br>WEST CONTRA COSTA COUNTY UNIFIED SCHOOL DISTRICT FINANCING CORPORATION a California Municipality, et al<br>        Defendants. | Case No.: 07-05829<br><br>REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE<br><br> Judge: Hon. Charles Breyer |

Pursuant to Rule 16-10 of the Civil Local Rules of the United States District Court for The Northern District of California, Plaintiffs S.M., P.M and Carol Allen, (collectively "Plainitiffs"), by and through their counsel of record, request to participate by telephone in the case management conference in the above-entitled case currently scheduled for March 28, 2008 at 10:00 a.m..

Dated this 20th day of March 2008                    Respectfully Submitted,


                                                     /s/ Nicole Hodge
                                                     Nicole Hodge
                                                     Attorney for Plaintiffs
                                                     ,