IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

S.M., a minor,

    Plaintiff,

v.

WEST CONTRA COSTA COUNTY UNIFIED
SCHOOL DISTRICT FINANCING CORPORATION,

    Defendant.

         /

No. C 07-05829 CRB

**Clerk's Notice**

YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for Friday, May 16, 2008 at 8:30 a.m. before the Honorable Charles R. Breyer. The joint case management statement shall be filed on or before May 9, 2008.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: March 21, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
Barbara Espinoza
Courtroom Deputy