1  THOMAS F. BERTRAND, ESQ., SBN 056560
   MICHAEL C. WENZEL, ESQ., SBN 215388
2  BERTRAND, FOX & ELLIOT
   The Waterfront Building
3  2749 Hyde Street
   San Francisco, CA 94109
4  Telephone: (415) 353-0999
   Facsimile: (415) 353-0990
5
   *Attorneys for multiple Defendants (see signature*
6  *page for complete list of parties represented;* Civil
   L.R. 3-4(a)(1))
7

8                UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11 | S.M, a minor by his parent and next friend      | CASE NO. C07-05829 CRB
   | Carol Allen, P.M. a minor by his parent and     |
12 | next friend Carol Allen and CAROL ALLEN         |
   |                                                 | STIPULATION AND ORDER TO
13 |         Plaintiffs,                             | PERMIT AN INCREASE IN THE PAGE
   |    vs.                                          | LIMIT OF DEFENDANTS' MOTION TO
14 |                                                 | DISMISS PLAINTIFFS' FIRST
15 | WEST CONTRA COSTA COUNTY                        | AMENDED COMPLAINT OF TWENTY-
   | UNIFIED SCHOOL DISTRICT FINANCING               | SEVEN PAGES OR LESS
16 | CORPORATION a California Municipality,          |
   | WEST CONTRA COSTA UNIFIED                       |
17 | SCHOOL DISTRICT BOARD OF                        |
   | EDUCATION, in their official capacities,        |
18 | BRUCE HARTER in his capacity as                 | Complaint filed: November 16, 2007
   | Superintendent and as an individual,            |
19 | WENDELL GREER, in his official capacity,        |
   | and as an individual HARRY CULBERTSON           |
20 | as an individual and in his official capacity,  |
   | STEVE COLLINS in his official capacity,         |
21 | DARLENE JONES in her official capacity,         |
   | KEN TALKEN in his official capacity,            |
22 | GRAIG CROSSLEY as an individual and in          |
   | his official capacity, DOE TRACEY as an         |
23 | individual and in official capacity, DOE        |
   | CANDACE as an individual and in official        |
24 | capacity, TERRY NICHOLSON formerly Doe          |
   | Nicholson as an individual and DOES 1-10,       |
25 |                                                 |
   |         Defendants.                             |
26

27
         DEFENDANTS WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT, *erroneously*
28

STIPULATION AND ORDER TO PERMIT AN INCREASE IN THE PAGE LIMIT OF DEFENDANTS' MOTION TO
DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT OF TWENTY-SEVEN PAGES OR LESS          1

sued as West Contra Costa County Unified School District Financing Corporation, WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, BRUCE HARTER, WENDELL GREER, STEVE COLLINS, DARLENE JONES, KEN TALKEN, GRAIG CROSSLEY, and DOE NICHOLSON (collectively "defendants") and plaintiffs S.M, P.M., and CAROL ALLEN hereby stipulate to an increase in the page limit of defendants' Motion to Dismiss plaintiffs' First Amended Complaint, of twenty-seven pages or less.

Good cause exists to grant defendants an extension of the page limit requirement because plaintiffs' counsel has filed a twenty-one page, one-hundred and four paragraph complaint containing ten separate causes of action on behalf of three separate plaintiffs and against eleven separate defendants. The complaint alleges complex issues relating to the Individuals with Disabilities Education Act, and other disability-related federal statutes, as well as separate race-based discrimination claims, in addition to multiple state law claims.

Defendants intend to file a motion to dismiss the complaint on multiple grounds. Defendants respectfully submit that they will be unable to meaningfully analyze the legal issues presented or provide the Court with a full and complete background of the facts and issues presented within the fifteen page limit set forth in the Court's standing orders.

On January 22, 2008, prior to filing their Motion to Dismiss plaintiffs' initial complaint, defendants filed an ex parte application for permission to file a responsive pleading of twenty-five pages or less. That application was granted by the Court on January 24, 2008.

It is SO STIPULATED.

Dated: April 16, 2008

LAW OFFICE OF NICOLE HODGE

By: _____
Nicole Hodge
Attorneys for Plaintiffs S.M, P.M., and CAROL ALLEN

///
///
///

Dated: April 16, 2008                BERTRAND, FOX & ELLIOT

By: /s/ *signature*
Michael C. Wenzel
Attorneys for Defendants WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT, *erroneously sued as West Contra Costa County Unified School District Financing Corporation*, WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, BRUCE HARTER, WENDELL GREER, STEVE COLLINS, DARLENE JONES, KEN TALKEN, GRAIG CROSSLEY, and DOE NICHOLSON

**IT IS SO ORDERED.**

Dated: April ___, 2008

_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE FOR THE
NORTHERN DISTRICT OF CALIFORNIA