1  THOMAS F. BERTRAND, ESQ., SBN 056560
   MICHAEL C. WENZEL, ESQ., SBN 215388
2  BERTRAND, FOX & ELLIOT
   The Waterfront Building
3  2749 Hyde Street
   San Francisco, CA 94109
4  Telephone: (415) 353-0999
   Facsimile: (415) 353-0990
5
   *Attorneys for multiple Defendants (see signature*
6  *page for complete list of parties represented;* Civil
   L.R. 3-4(a)(1))

7

8              UNITED STATES DISTRICT COURT

9      NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11  S.M, a minor by his parent and next friend        CASE NO. C07-05829 CRB
    Carol Allen, P.M. a minor by his parent and
12  next friend Carol Allen and CAROL ALLEN
                                                       STIPULATION AND ORDER TO
13              Plaintiffs,                            PERMIT AN INCREASE IN THE PAGE
                                                       LIMIT OF DEFENDANTS' MOTION TO
14        vs.                                          DISMISS PLAINTIFFS' FIRST
                                                       AMENDED COMPLAINT OF TWENTY-
15  WEST CONTRA COSTA COUNTY                           SEVEN PAGES OR LESS
    UNIFIED SCHOOL DISTRICT FINANCING
16  CORPORATION a California Municipality,
    WEST CONTRA COSTA UNIFIED
17  SCHOOL DISTRICT BOARD OF
    EDUCATION, in their official capacities,
18  BRUCE HARTER in his capacity as               Complaint filed: November 16, 2007
    Superintendent and as an individual,
19  WENDELL GREER, in his official capacity,
    and as an individual HARRY CULBERTSON
20  as an individual and in his official capacity,
    STEVE COLLINS in his official capacity,
21  DARLENE JONES in her official capacity,
    KEN TALKEN in his official capacity,
22  GRAIG CROSSLEY as an individual and in
    his official capacity, DOE TRACEY as an
23  individual and in official capacity, DOE
    CANDACE as an individual and in official
24  capacity, TERRY NICHOLSON formerly Doe
    Nicholson as an individual and DOES 1-10,
25
                Defendants.
26

27

28      DEFENDANTS WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT, *erroneously*

STIPULATION AND ORDER TO PERMIT AN INCREASE IN THE PAGE LIMIT OF DEFENDANTS' MOTION TO
DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT OF TWENTY-SEVEN PAGES OR LESS         1

1  *sued as West Contra Costa County Unified School District Financing Corporation*, WEST CONTRA

2  COSTA UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, BRUCE HARTER,

3  WENDELL GREER, STEVE COLLINS, DARLENE JONES, KEN TALKEN, GRAIG

4  CROSSLEY, and DOE NICHOLSON (collectively "defendants") and plaintiffs S.M, P.M., and

5  CAROL ALLEN hereby stipulate to an increase in the page limit of defendants' Motion to Dismiss

6  plaintiffs' First Amended Complaint, of twenty-seven pages or less.

7       Good cause exists to grant defendants an extension of the page limit requirement because

8  plaintiffs' counsel has filed a twenty-one page, one-hundred and four paragraph complaint containing

9  ten separate causes of action on behalf of three separate plaintiffs and against eleven separate

10  defendants. The complaint alleges complex issues relating to the Individuals with Disabilities

11  Education Act, and other disability-related federal statutes, as well as separate race-based

12  discrimination claims, in addition to multiple state law claims.

13       Defendants intend to file a motion to dismiss the complaint on multiple grounds. Defendants

14  respectfully submit that they will be unable to meaningfully analyze the legal issues presented or

15  provide the Court with a full and complete background of the facts and issues presented within the

16  fifteen page limit set forth in the Court's standing orders.

17       On January 22, 2008, prior to filing their Motion to Dismiss plaintiffs' initial complaint,

18  defendants filed an ex parte application for permission to file a responsive pleading of twenty-five

19  pages or less. That application was granted by the Court on January 24, 2008.

20

21       It is SO STIPULATED.

22  Dated: April 16, 2008                    LAW OFFICE OF NICOLE HODGE

23

24                                   By:  _____

25                                        Nicole Hodge
                                         Attorneys for Plaintiffs S.M, P.M., and CAROL
                                         ALLEN

26  ///

27  ///

28  ///

STIPULATION AND ORDER TO PERMIT AN INCREASE IN THE PAGE LIMIT OF DEFENDANTS' MOTION TO
DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT OF TWENTY-SEVEN PAGES OR LESS          2

1

Dated: April 16 , 2008

BERTRAND, FOX & ELLIOT

2

3

4

By: _____

5

Michael C. Wenzel

Attorneys for Defendants WEST CONTRA

6

COSTA UNIFIED SCHOOL DISTRICT,

7

*erroneously sued as West Contra Costa County*
*Unified School District Financing Corporation*,

8

WEST CONTRA COSTA UNIFIED SCHOOL
DISTRICT BOARD OF EDUCATION,

9

BRUCE HARTER, WENDELL GREER,
STEVE COLLINS, DARLENE JONES, KEN

10

TALKEN, GRAIG CROSSLEY, and DOE
NICHOLSON

11

12

13

**IT IS SO ORDERED.**

14

15

Dated:  April _18_, 2008

16



17

THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE FOR THE

18

NORTHERN DISTRICT OF CALIFORNIA

19

20

21

22

23

24

25

26

27

28