THOMAS F. BERTRAND, ESQ., SBN 056560
MICHAEL C. WENZEL, ESQ., SBN 215388
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, CA 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990

*Attorneys for multiple Defendants (see signature page for complete list of parties represented; Civil L.R. 3-4(a)(1))*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| S.M, a minor by his parent and next friend Carol Allen, P.M. a minor by his parent and next friend Carol Allen and CAROL ALLEN<br><br>Plaintiffs,<br>vs.<br><br>WEST CONTRA COSTA COUNTY UNIFIED SCHOOL DISTRICT FINANCING CORPORATION a California Municipality, WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, in their official capacities, BRUCE HARTER in his capacity as Superintendent and as an individual, WENDELL GREER, in his official capacity, and as an individual HARRY CULBERTSON as an individual and in his official capacity, STEVE COLLINS in his official capacity, DARLENE JONES in her official capacity, KEN TALKEN in his official capacity, GRAIG CROSSLEY as an individual and in his official capacity, DOE TRACEY as an individual and in official capacity, DOE CANDACE as an individual and in official capacity, TERRY NICHOLSON formerly Doe Nicholson as an individual and DOES 1-10,<br><br>Defendants. | CASE NO. C07-05829 CRB<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT<br><br>Date: June 6, 2008<br>Time: 10:00 a.m.<br>Courtroom: 8, 19th Floor<br><br>Complaint filed: November 16, 2007 |

The Motion to Dismiss on behalf of DEFENDANTS WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT, *erroneously sued as West Contra Costa County Unified School District Financing Corporation*, WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED
COMPLAINT *S.M. v. West Contra Costa Unified School District, et al.* Case No. C07-05829 CRB          1

BOARD OF EDUCATION, BRUCE HARTER, WENDELL GREER, STEVE COLLINS, DARLENE JONES, KEN TALKEN, GRAIG CROSSLEY, and DOE NICHOLSON (collectively "defendants"), came on regularly for hearing on June 6, 2008 at 10:00 a.m. in Courtroom 8 of the above-entitled court located at 450 Golden Gate Avenue, San Francisco, California, the Honorable Charles R. Breyer presiding.

The moving papers having been considered and all argument presented,

IT IS HEREBY ORDERED that defendants' Motion to Dismiss pursuant to Federal Rules of Civil Procedure, Rules 12(b)(1) and 12(b)(6) be GRANTED.

Plaintiffs' federal claims fail to state a claim because they are barred by the parties' March 2007 Settlement Agreement, which explicitly barred all claims arising from or related to S.M.'s educational program that pre-date the settlement agreement. Further, the Court does not have subject matter jurisdiction over plaintiffs' federal claims based on conduct that follows the parties' settlement agreement because these claims are subject to the exhaustion requirements of the IDEA, and plaintiffs have failed to exhaust their administrative remedies. In the absence of jurisdiction over plaintiffs' federal claims, this court declines to exercise jurisdiction over the accompanying state law claims.

The DISTRICT, its BOARD and the individual defendants in their official capacity have immunity under the Eleventh Amendment and therefore plaintiffs' First, Second and Third and Sixth Claims for Relief under §1983 fail to state a claim. Likewise, plaintiffs state law tort claims in their Fifth, Sixth; Eighth, Ninth and Tenth Claims are dismissed. These claims against the District and the individual defendants in their official capacities are dismissed without leave to amend.

Plaintiffs' state law tort claims are dismissed because they fail to state a claim as plaintiffs' have failed to allege the timely filing of a Government Tort Claim.

Plaintiffs' claims also fail because they did not allege facts to state a claim pursuant to FRCP Rule 12(6)(b). The following claims of Plaintiff S.M. are dismissed for failure to state a claim upon which relief may be granted: _____.

[PROPOSED] ORDER GRANTING MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT
*S.M. v. West Contra Costa Unified School District, et al.* Case No. C07-05829 CRB

2

Plaintiff P.M. failed to state a claim upon which relief may be granted and his following claim are dismissed: _____.

Plaintiff CAROL ALLEN failed to state a claim for the following causes of action: _____. These claims are dismissed.

Moreover, plaintiffs' first amended complaint was composed in such a way that it was impossible for defendants to formulate a meaningful response. Plaintiffs are directed to amend their complaint to identify which plaintiff brings which cause of action, to specify which defendants each claim is directed to, and to identify the statutory basis for each cause of action where applicable.

The second amended complaint should be filed and served within ten days of this order. Failure to file an amended complaint within ten days of this order subjects the complaint to dismissal.

IT IS SO ORDERED.

Dated: _____

THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE FOR THE
NORTHERN DISTRICT OF CALIFORNIA

[PROPOSED] ORDER GRANTING MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT
*S.M. v. West Contra Costa Unified School District, et al.* Case No. C07-05829 CRB

3