**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **May 16, 2008**

**C-07-05829** CRB

**S.M., A MINOR  v.  WEST CONTRA COSTA COUNTY UNIFIED SCHOOL DISTRICT FINANCING**

Attorneys:     Nicole Hodge (telephone)          Mike Wenzel

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **Not Reported**

**PROCEEDINGS:**                                                                                      **RULING:**

1. Initial Case Management Conference  -   Held

2.

3.

**ORDERED AFTER HEARING:**

Case management statement to be filed prior to next case management conference

( ) ORDER TO BE PREPARED BY:    Plntf _____  Deft _____  Court _____

( ) Referred to Magistrate Judge For: _____

(X) CASE CONTINUED TO June 20, 2008 @ 8:30 a.m.  for Initial Case Management Conference

Discovery Cut-Off _____                         Expert Discovery Cut-Off _____
Plntf to Name Experts by _____               Deft to Name Experts by _____
P/T Conference Date _____      Trial Date _____      Set for _____ days
                    Type of Trial:  ( )Jury     ( )Court

Notes: _____