IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.M., A MINOR,<br><br>    Plaintiff,<br><br>v.<br><br>WEST CONTRA COSTA COUNTY UNIFIED SCHOOL DISTRICT FINANCING CORPORATION,<br><br>    Defendant._____/ | No. C 07-05829 CRB<br><br>**Clerk's Notice** |

YOU ARE NOTIFIED THAT the Court has rescheduled the defendant's motion to dismiss the first amended complaint currently on calendar for June 20, 2008 to Friday, September 5, 2008 at 10:00 a.m. before the Honorable Charles R. Breyer. The briefing schedule is continued in accordance to the local rules. The case management conference is vacated.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: May 29, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By:_____
    Barbara Espinoza
    Courtroom Deputy