*Office of Judondi Bolden, Attorney at Law*

8033 MacArthur Blvd.
P.O. Box 5248
Oakland, CA 94605
Telephone & Facsimile- 1.888.536.9775

RECEIVED MAY 27 2008

May 21, 2008

**FILED**

MAY 2 9 2008

**VIA FIRST CLASS MAIL**
United States District Court
Honorable Charles R. Breyer
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RE: *S.M., a minor, by and through next friend Carol Allen v. West Contra Costa Unified School District*, case no. 07-05829

Honorable Judge Breyer:

I am writing on behalf of Nicole Amey, counsel for Plaintiff in the above -referenced matters. In mid-April Ms. Amey became seriously ill and was hospitalized. Unfortunately, Ms. Amey's condition has not improved as quickly as anticipated, and she remains under medical supervision. As she is not expected to resume practice until late August 2008, Ms. Amey is requesting that the compliance dates in the above matters be temporarily suspended until early September following her return.

Enclosed is a copy of her most recent medical verification. Should you have further questions, or require additional documentation on Ms. Amey's behalf, please feel free to contact me at my office number and extension below.

Thank you for your time and attention.

Respectfully,

*[signature]*

Judondi Bolden, Esq.

Cc: M. Wenzel, Esq.

Desk line: 510.834.8263, ext. 1          Email: judondi@jbcounsel.com

**UCLA Medical Center**
10833 Le Conte Ave.
Los Angeles, California 90095
(310) 825-6301
**DISCHARGE MEDICATIONS/
DME PRESCRIPTION**

Amey

To whom it may concern:

Ms Vioo Amey was urgently admitted to our service at the UCLA medical center on May 7th 2008 and has been in the hospital since that time. She is being discharged today, May 10th.

Thank you,

Heather Cox MD

Date/Time: 5/10/08

CA LIC: A96639
Beeper Number: 15308