NICOLE HODGE, ESQ SBN 215157
P.O. BOX 5100
OAKLAND, CA 94605
510.569.36666
hodgend@aol.com

Attorney for Plaintiffs
Carol Allen, S.M. and P.M.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.M by and through his next friend Carol Allen, P.M. by and through his next friend Carol Allen and CAROL ALLEN,<br><br>        Plaintiff,<br><br>   vs.<br>WEST CONTRA COSTA COUNTY UNIFIED SCHOOL DISTRICT  FINANCING CORPORATION a California Municipality, WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT  BOARD OF EDUCATION , in their official  capacities, BRUCE HARTER in his capacity as Superintendent,  WENDELL GREER, in his official capacity, HARRY CULBERTSON as an individual and in his official capacity, STEVE COLLINS as an individual and his official capacity, DARLENE JONES in her official capacity, KEN TALKEN in his official capacity, DOE TRACEY as an individual and in official capacity  DOE CANDACE as an individual and in official capacity, TERRY NICHOLSON formerly Doe Nicholson as an individual and in official capacity  and DOES 1-10<br><br>        Defendants | Case No.: No. 07-05829<br><br>PLAINTIFFS REQUEST TO CONTINUE HEARING DATE ON MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE |

    Plaintiffs move this court for an order continuing the hearing date on Defendants' Motion to Dismiss Plaintiffs' Amended Complaint from September 5, 2008 until October 24, 2008.

In support of Plaintiffs request, Plaintiffs' counsel states:

On April 28, 2008, Defendants' filed a Motion to Dismiss Plaintiffs' Amended Complaint. Plaintiffs' counsel was hospitalized for a week beginning April 17 through April 24, 2008. Ms Hodge then spent a couple of weeks on bed rest. Ms Hodge was again admitted to the hospital in early May and remained hospitalized for approximately 10 days. After her release Ms. Hodge was again on bed rest and later caring for her newborn, who arrived prematurely and who is doing well, but required a lengthy hospital stay after birth.

As a result of the hospitalizations, the unexpected early birth, and the resulting hectic pace of life, Ms. Hodge was not checking her email, did not review Defendants' Motion and has not prepared or filed a response. Plaintiffs request an extended opportunity to respond.

On September 3, 2008, Plaintiffs counsel attempted to request a stipulation to continue from counsel, but has been unable to contact counsel for defendants.

For the Foregoing reasons, plaintiffs request the Court continue the hearing date for Defendants' Motion to Dismiss from September 5, 2008 to October 24, 2008.

Dated this 4th day of September 2008

By /s/ Nicole Hodge

Nicole Hodge, Esq.
Attorney for Plaintiffs S.M., P.M. and Carol Allen