1   NICOLE HODGE, Bar No. CA 215157
    P.O. Box 5100
2   Oakland CA 94605
    Telephone:  (510) 569-3666
3   Email hodgend@aol.com

4

5

6   Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  S.M., et al.                          Case No.: C07-05829
                        Plaintiffs,
11  v.
    WEST CONTRA COSTA COUNTY
12  UNIFIED SCHOOL DISTRICT  FINANCING     **[PROPOSED] ORDER CONTINUING
    CORPORATION a California Municipality, et al.   HEARING DATE AND CASE
13                      Defendants.         MANAGEMENT CONFERENCE**

14

15                                         *Filed concurrently with:*
                                              1. Motion To Continue
16

17  _____              ,

18

19  Plaintiffs move, an Order Continuing Hearing Dates on Defendants' Motion to Dismiss and to

20  Continue Case Management Conference from September 5, 2008 until October 24, 2008.

21                            CONCLUSION

22  For the foregoing reasons Plaintiff's Motion for to continue Hearing Dates is **GRANTED**.

23  Dated:_____          _____

24

25                                         The HONORABLE CHARLES
                                           BREYER
26  Northern                                 District Court Judge for the

27                                         District of California

28

                                                          cc

[PROPOSED] ORDER GRANTING RELIEF C07-05839-CB