1  THOMAS F. BERTRAND, ESQ., SBN 056560
   MICHAEL C. WENZEL, ESQ., SBN 215388
2  BERTRAND, FOX & ELLIOT
   The Waterfront Building
3  2749 Hyde Street
   San Francisco, CA 94109
4  Telephone: (415) 353-0999
   Facsimile:  (415) 353-0990
5
   *Attorneys for multiple Defendants (see signature
6  page for complete list of parties represented;
   Civil L.R. 3-4(a)(1))*
7

8                    UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11 | S.M, a minor by his parent and next friend         | CASE NO. C07-05829 CRB
   | Carol Allen, P.M. a minor by his parent and        |
12 | next friend Carol Allen and CAROL ALLEN            | DEFENDANTS' OPPOSITION TO
   |                                                    | PLAINTIFFS' REQUEST TO CONTINUE
13 |              Plaintiffs,                           | HEARING DATE ON MOTION TO
   |        vs.                                         | DISMISS AND CASE MANAGEMENT
14 |                                                    | CONFERENCE
   | WEST CONTRA COSTA COUNTY UNIFIED                   |
15 | SCHOOL DISTRICT FINANCING                          |
   | CORPORATION a California Municipality,             |
16 | WEST CONTRA COSTA UNIFIED SCHOOL                   |
   | DISTRICT BOARD OF EDUCATION, in their              |
17 | official capacities, BRUCE HARTER in his           | Complaint filed: November 16, 2007
   | capacity as Superintendent and as an individual,   |
18 | WENDELL GREER, in his official capacity,           |
   | and as an individual HARRY CULBERTSON              |
19 | as an individual and in his official capacity,     |
   | STEVE COLLINS in his official capacity,            |
20 | DARLENE JONES in her official capacity,            |
   | KEN TALKEN in his official capacity, GRAIG         |
21 | CROSSLEY as an individual and in his official      |
   | capacity, DOE TRACEY as an individual and          |
22 | in official capacity, DOE CANDACE as an            |
   | individual and in official capacity, TERRY         |
23 | NICHOLSON formerly Doe Nicholson as an             |
   | individual and DOES 1-10,                          |
24 |                                                    |
   |              Defendants.                           |
25
26
27         Defendants oppose plaintiffs' last minute request for a continuance of the September 5,

28 2008 hearing date on defendants' motion to dismiss plaintiffs' first amended complaint.

DEFENDANTS' OPPOSITION TO PLAINTIFFS' REQUEST TO CONTINUE HEARING DATE ON MOTION TO DISMISS AND CASE
MANAGEMENT CONFERENCE REQUEST FOR JUDICIAL NOTICE—MOTION TO DISMISS FIRST AMENDED COMPLAINT
*S.M. v. West Contra Costa Unified School District, et al.* Case No. C07-05829 CRB                    1

Plaintiffs have had more than four months to file an opposition to defendants' motion to dismiss, which was served on April 28, 2008, and have already been provided two continuances of the hearing date in this matter.

By way of background, on April 7, 2008, plaintiffs filed their first amended complaint. On April 28, 2008, defendants filed a motion to dismiss the first amended complaint. The motion was set to be heard on June 6, 2008. Plaintiff's opposition to that motion was due May 16, 2008. Plaintiff failed to file a timely opposition to the motion.

On May 16, 2008, the same day plaintiff's opposition to defendants' motion to dismiss was due, defense counsel appeared for the initial case management conference in this matter. Plaintiffs' counsel failed to appear. In response to a call from the Court, plaintiffs' counsel indicated that she was in the hospital due to pregnancy related medical problems. As a result, the Court continued the initial case management conference until June 20, 2008. Several days later, on May 22, 2008, the Court continued the hearing on defendants' motion to dismiss plaintiffs' first amended complaint from June 6, 2008 until June 20, 2008, providing plaintiffs additional time to file an opposition. Plaintiff again failed to file an opposition.

On May 29, 2008, the Court received a letter from Judondi Bolden, on behalf of plaintiffs counsel, indicating plaintiff had ongoing medical problems from which she was not recovering as quickly as anticipated and requesting that all pending matters be continued until late August. After receipt of this letter, the Court once again continued the hearing on defendants' motion to dismiss plaintiffs' first amended complaint, setting a hearing date for September 5, 2008. Pursuant to the new September 5, 2008 hearing date on defendants' motion to dismiss, and presuming the Court intended to reset the briefing schedule, plaintiffs' opposition to defendants' motion to dismiss was due on August 15, 2008. Plaintiff again failed to file an opposition to the motion to dismiss.

DEFENDANTS' OPPOSITION TO PLAINTIFFS' REQUEST TO CONTINUE HEARING DATE ON MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE
S.M. v. West Contra Costa Unified School District. et al. Case No. C07-05829 CRB

2

Just two days before the hearing on the motion to dismiss, plaintiffs' counsel contacted defendants to request they stipulate to a continuance of the hearing date of defendants' motion to dismiss. Defendants are unwilling to stipulate to a continuance of the hearing and vehemently oppose any further continuance. Plaintiffs were served with defendants' motion to dismiss on April 28, 2008. Plaintiffs have been given two separate continuances, and have had four months to file an opposition to the motion. Moreover, plaintiffs' counsel has not provided any reason as to why she is unable to appear for the hearing on September 5, 2008. Of note, plaintiffs' counsel is scheduled to appear for a case management conference in the matter of *Horsely v. West Contra Costa Unified School District*, Case No. C06-06655 TEH, before the Honorable Thelton Henderson on Monday, September 8, 2008, and has not sought to continue that hearing.

Plaintiffs' purported reason for seeking a continuance in this matter is that she was in the hospital in May, thereafter gave birth, and therefore she did not check her e-mail or review defendants' motion that was filed more than four months ago.

Plaintiff also cites to the "hectic pace of life" in support of her continuance request. While defense counsel, as the father of two young children, including a six week old, sympathizes with plaintiffs' counsel regarding the hectic pace of life, defendants assert that this is not good cause to continue the hearing on a motion plaintiffs have had more than four months to oppose.

Defendants respectfully request this Court treat the motion as unopposed and dismiss plaintiffs' first amended complaint with prejudice.

Defense counsel notified plaintiffs' counsel of their unwillingness to stipulate to a further continuance by e-mail on September 4, 2008.

Finally, plaintiffs also seek a continuance of a case management conference. This Court vacated the prior case management conference date of June 20, 2008, and defendants do not

DEFENDANTS' OPPOSITION TO PLAINTIFFS' REQUEST TO CONTINUE HEARING DATE ON MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE
*S.M. v. West Contra Costa Unified School District, et al.* Case No. C07-05829 CRB

3

believe a case management conference is presently on calendar in this matter.

Dated: September 4, 2008

BERTRAND, FOX & ELLIOT

By: _____
Michael C. Wenzel
Attorney for Defendants WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT, *erroneously sued as West Contra Costa County Unified School District Financing Corporation*, WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, BRUCE HARTER, WENDELL GREER, HARRY CULBERTSON, STEVE COLLINS, DARLENE JONES, KEN TALKEN, GRAIG CROSSLEY AND DOE NICHOLSON

DEFENDANTS' OPPOSITION TO PLAINTIFFS' REQUEST TO CONTINUE HEARING DATE ON MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE
*S.M. v. West Contra Costa Unified School District, et al.* Case No. C07-05829 CRB

4