United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

S.M., A MINOR, et al.

        Plaintiffs,

  v.

WEST CONTRA COSTA COUNTY UNIFIED SCHOOL DISTRICT FINANCING CORPORATION, et al.

        Defendants.
                                          /

No. C 07-05829 CRB

**ORDER CONTINUING HEARING TO SEPTEMBER 26, 2008**

     Now pending before the Court is plaintiffs' last minute request to again continue defendants' motion to dismiss and defendants' opposition. Plaintiffs' negligence is not good cause for once again continuing the hearing; however, the Court prefers to decide cases on the merits and will have a difficult time doing so without the benefit of an opposition. Accordingly, plaintiffs' opposition shall be filed on or before noon on **September 12, 2008** and defendants' reply, if any, shall be filed on or before noon on **September 19, 2008.** The Court will hear oral argument at 10:00 a.m. on **September 26, 2008.** Plaintiffs are warned that no further continuances will be granted and that failure to once again comply with the

//

//

//

briefing deadlines may result in dismissal with prejudice for a failure to prosecute.

**IT IS SO ORDERED.**

Dated: September 4, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE